MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**April 21, 2026**

Honorable Jennifer L. Rochon
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

Request GRANTED.  The parties shall comply with the Court's previous order, see Dkt. 8, by meeting and conferring and submitting a joint letter by June 1, 2026.

Dated: April 22, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

*Re:*   **Adams v. Kailash Partners 7 LLC et al**
*Civil Action No.:*  **26-cv-01615-JLR**
*Motion to Adjourn Conference and Extend Deadlines*

Dear Honorable Judge Rochon,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's March 3, 2026 Order [DE#8], the Parties are required to file a joint letter within forty-five days of service, in advance of the initial status conference.

Paramount, the Defendants, have not yet appeared in this action, despite being served on March 6, 2026, as exhibited on the docket at DE#9-10, and Defendant;s answers being due on March 27. Additionally, Plaintiff has sent Defendant copies of the pleading and letters advising that Plaintiff will be requesting a default judgment if they do not file an answer or respond in the near future.

For these reasons, Plaintiff requests a 40-day adjournment of the initial status report and Case Management Statement, and any other  associated deadlines.This extension should not affect the adjudication of the case. Thank you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only